# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Dwayne Hitchens | Case No: 08-130<br>USM No: 30626-034 |
| Date of Original Judgment: 03/18/2009<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | pro se  (prior attorney was Robert Early)<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 29   as of 3/18/2009   Amended Total Offense Level: 29
Criminal History Category: II                       Criminal History Category: II
Previous Guideline Range: 120 to 121 months         Amended Guideline Range: 120 to 121 months

***(Complete Part II of Page 2 when motion is granted)***

**COMMENTS** *(For Public Disclosure)*

The defendant is not eligible for a reduction, as his guideline range was not lowered by Amendment 750.

Except as otherwise provided, all provisions of the judgment dated  03/18/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/27/12

*Judge's signature* — Sarah Vance

Effective Date: _____
*(if different from order date)*

Hon. Sarah S. Vance, U.S. District Judge
*Printed name and title*